# EXHIBIT B

# ASSET MARKETING AGREEMENT

Maynards Industries USA, LLC ("MI"), is in the business of marketing and selling assets on behalf of its clients. Sakthi Automotive Group USA ("SAGUSA"), operating under the control of a Court appointed Receivership, is closing operations and liquidating its assets and is the owner and possessor of certain machinery, equipment and other assets and desires to engage MI as its exclusive agent to sell such assets as more fully described herein. Therefore, in consideration of the covenants contained herein, MI and SAGUSA (individually, each "Party," and together, the "Parties") do hereby agree as follows (the "Agreement"):

### I. Engagement and Agreement to Market Assets

A. The engagement is made effective as of December 18, 2019 and between Maynards Industries USA, LLC ("MI") and Sakthi Automotive Group USA, ("SAGUSA") by and through Kevin R. English of Lark Advisors LLC, the duly-appointed receiver for the assets of SAGUSA and solely in his capacity as a receiver (the "Receiver") appointed pursuant to the Order Appointing Receiver (the "Receivership Order") entered in the Case No. 2:19-cv-10890 (the "Receivership Proceeding") in the United States District Court for the Eastern District of Michigan, Southern Division (the "Court"). SAGUSA hereby engages MI as its exclusive marketing and sales agent, and MI hereby accepts such engagement, with respect to the assets described on <u>Exhibit A</u> (the "Assets")[1] and located at SAGUSA facilities (the "Facilities") in Detroit, Michigan. This Agreement, and all of its terms are subject to approval of the Court in all respects.

B. MI shall conduct a sale of the Assets either through a WebCast Auction Sale, Online Auction Sale, Sealed Bid Sale or Negotiated Sale of the Assets. MI, in consultation with SAGUSA, shall establish the terms of the sale.

### II. Exclusivity

In order to permit successful marketing of the Assets, SAGUSA grants to MI the exclusive right to sell the Assets for a period of one hundred fifty (150) days from the date hereof. SAGUSA acknowledges that MI or its affiliated entities may be engaged to sell or market similar assets by other persons or entities, and that any such engagement shall not constitute or be deemed to be a violation of this Agreement. All inquiries regarding the Assets made to SAGUSA, its representatives or related parties to SAGUSA, shall be redirected to MI.

### III. Method of Sale and Certain Covenants

A. In connection with the services to be provided by MI hereunder, MI will:

(i) prepare the Assets for sale, and arranging the Assets in a manner, which in MI's judgment, would be designed to enhance the net recovery on the Assets;

---

[1] MI and SAGUSA acknowledge that Exhibit A will be replaced by MI's lot by lot liquidation auction catalogue when it is completed.

1

   (ii) provide fully qualified, and experienced personnel who will sell the Assets "as is," "where is," and in accordance with the terms of this Agreement;

   (iii) provide a complete accounting necessary to provide asset buyers with invoices and SAGUSA with a complete accounting of all Assets sold;

   (iv) deposit all sales proceeds into a separate client account and remit such proceeds (less any amounts due to MI hereunder) to SAGUSA pursuant to SAGUSA's direction within seven (7) days after the collection of the funds from the auction or private sale; and

   (v) submit (I) a sales report to SAGUSA on a weekly basis, (II) a report within seven (7) days after the last day of the auction of the result of the auction bids, and (III) a closing report within seven (7) days of the final collection of funds from the completed sale.

   (vi) MI may use the name Sakthi Automotive Group USA or derivations in all marketing materials and promotion of the sale.

   (vii) MI acknowledges that during the Term, SAGUSA's may be running business operations at its Facilities.  MI's services pursuant to this Agreement shall not interrupt, disrupt, or otherwise interfere with SAGUSA's operations in any way.

  SAGUSA will provide rent and utility free use and access to MI to the premises for the duration of contract in order to perform its obligations pursuant to this contract.

  The parties hereto agree, and expressly acknowledge, that MI shall not be responsible for the removal or disposition of any environmentally hazardous chemicals, solvents or substances found at the Facility.

**IV.** **Commission Payable to MI; Expense Reimbursement**

 A. MI shall be entitled to charge an industry standard buyer's premium of Eighteen (18%) Percent in connection with the sale of all the Assets sold.  For purposes of clarification, the buyer's premium is a fee charged in addition to the sale price of the Assets and is paid for by the buyer.  Such buyers' premium shall be withheld by MI upon collection of proceeds from the applicable buyer(s) and retained by MI.  MI will provide a rebate of a portion of the Buyer's Premium to SAGUSA based upon a tiered structure as outlined in the table below.  There will be no Seller's commission payable on these assets.

| Gross Sales Range | | Buyer's Premium Rebate |
|---|---|---|
| 0 | 1,500,000 | 0% |
| 1,500,001 | 3,000,000 | 6% (12% remaining for MI) |
| 3,000,001 | 12,000,000 | 8% (10% remaining for MI) |
| 12,000,001 | 20,000,000 | 4% (14% remaining to MI) |
| All Over 20,000,000 | | 0% |
|  |  |  |

2

B.     On specific Asset Sales made directly to OEM companies supplied by SAGUSA, a commission of Five (5%) Percent of gross selling prices of these assets and will be retained by MI, payable by SAGUSA. There will be no Buyer's Premium associated with these sales to OEM companies if the sales are consummated prior to an Auction Sale.

C.     With the exception of MI's actual and reasonable out-of-pocket expenses to be paid as set forth in paragraph IV. D. below, there will be no amounts of buyer's premium due and payable to MI by SAGUSA with respect to any Asset in the event a party, whether a creditor, OEM, or other party successfully credit bids for the purchase of that Asset ("Credit Bid Sale"). In the event of a Credit Bid Sale, SAGUSA will reimburse MI for MI's actual and reasonable out-of-pocket expenses permitted pursuant to paragraph IV. D. below. For avoidance of doubt, any amounts for buyer's premium payable under this Agreement by SAGUSA to MI only apply to the extent actual cash is remitted by the purchaser of Assets.

D.     MI shall be entitled to reimbursement for all actual and reasonable out-of-pocket expenses in connection with MI's performance of its services not to exceed $160,700. All expenses must be approved by SAGUSA. SAGUSA agrees that such amounts will be withheld from the first proceeds received from the sale of any Assets and paid to MI. Upon request, MI shall provide SAGUSA with copies of written invoices for such out-of-pocket expenses as they are incurred.

**V.**     **Representations and Covenants / Court Approval**

A.     (i) SAGUSA represents and warrants to MI that (a) as soon as practicable after execution of this Agreement, the Receiver shall seek approval of the Court of this Agreement, by a duly-filed motion, (b) SAGUSA has all legal right and authority to sell the Assets after Court approval, and (c) the Assets can be sold free and clear of all liens and encumbrances of any kind whatsoever; and (ii) SAGUSA represents and warrants that (a) it has taken all necessary actions required to authorize the execution, delivery and performance of this Agreement and the related documents contemplated hereby, and no further consent or approval is required for SAGUSA to enter into and deliver the Agreement and to perform their respective obligations under the Agreement except as provided herein, and (b) no court order or decree of any federal, state or local governmental authority or regulatory body is in effect that would prevent or impair, or is required for the consummation of the transactions contemplated by this Agreement, and no consent of any third party which has not been obtained is required therefore. SAGUSA further represents and warrants to MI that any commissions due and payable hereunder shall be free and clear of any liens or encumbrances of any kind whatsoever.

B.     MI represents and warrants to SAGUSA that (i) MI has all legal right and authority to sell the Assets, as contemplated hereby, (ii) MI has taken all necessary actions required to authorize the execution, delivery and performance of this Agreement and the related documents contemplated hereby, and no further consent or approval is required for MI to enter into and deliver the Agreement and to perform its obligations under the Agreement, and (iii) no court order or decree of any federal, state or local governmental authority or regulatory body is in

3

effect that would prevent or impair, or is required for MI's consummation of, the transactions contemplated by this Agreement.

## VI.  Indemnification

A.  SAGUSA hereby agrees to indemnify and hold MI harmless from any and all claims by any buyer or prospective buyer of the Assets based on any of SAGUSA's representations or warranties or performance hereunder.  SAGUSA further agrees to indemnify and hold MI harmless from any claims, causes of action, damages and liabilities of any kind arising from or in connection with SAGUSA's breach of any material obligation under this Agreement and the demonstration and sale of the Assets or any inaccurate statements or representations concerning the Assets made by SAGUSA to MI.

B.  Notwithstanding anything to the contrary contained herein, in no event shall MI be liable for any lost or anticipated profits or any incidental, exemplary, special or consequential damages and MI's liability for actual damages from any cause whatsoever and regardless of the form of the action shall be limited to the buyer's premium, if any, received by MI under this Agreement, unless such losses or damages were the result of MI's willful misconduct or gross negligence.

## VII.  Insurance

A.  SAGUSA agrees to continue to maintain, during the Term of this Agreement, fire and other perils insurance to the extent such insurance is presently in effect, in respect of all Assets until sold.

## VIII.  General Provisions

A.  MI shall be permitted to implement an advertising and marketing plan with respect to the sale, including, without limitation, advertising the sale of the Assets through print and electronic media, web site promotion and electronic mail.  MI shall be entitled to use, SAGUSA name and similar derivations in all of its advertising and promotional activities related to this Agreement

B.  The parties hereto agree, and hereby expressly acknowledge, that MI has not guaranteed any return from the sale of the Assets.

C.  The Parties shall deal with each other fairly and in good faith so as to allow both parties to perform its duties and earn the benefits of this Agreement.

D.  TECHNOLOGY DISCLAIMER:  MI DOES NOT WARRANT THAT THE FUNCTIONS, FEATURES OR CONTENT CONTAINED IN ANY WEBSITE USED IN CONNECTION WITH THE SALE OF THE ASSETS, INCLUDING ANY THIRD-PARTY SOFTWARE, PRODUCTS OR OTHER MATERIALS USED IN CONNECTION WITH ANY SUCH WEBSITE, WILL BE TIMELY, SECURE, UNINTERRUPTED, OR THAT DEFECTS WILL BE CORRECTED.

  E. Any correspondence or required notice shall be addressed as follows:

| | |
|---|---|
| If to MI: | Maynard's Industries |
| | 21700 Northwestern Highway |
| | Suite 1180 |
| | Southfield, MI 48075 |
| | Tel. (248) 569-9781 |
| | Fax (248) 569-9793 |
| | Attn: Taso Sofikitis |
| | |
| If to SAGUSA: | Kevin R. English |
| | Court-Appointed Receiver, SAGUSA |
| | c/o David G. Dragich |
| | The Dragich Law Firm PLLC |
| | 17000 Kercheval Ave., #210 |
| | Grosse Pointe, MI 48230 |
| | ddragich@dragichlaw.com |

  F. SAGUSA shall provide MI with:

   (i) all reasonably requested Asset information to the extent in SAGUSA's possession; and

   (ii) information on prospect interest and evidence of all Asset inquiries, to the extent that SAGUSA has such information and evidence.

  G. This Agreement shall be governed by and construed in accordance with the laws of the State of Michigan, without giving effect to conflict of laws provisions.

**IX. Miscellaneous**

  The Parties hereto are acting as independent contractors and nothing contained herein shall be deemed to create any other type of partnership, MI or other relationship.

*  *  *

5

IN WITNESS WHEREOF, the Parties hereto have duly executed this Agreement as of the date written below.

Sakthi Automotive Group USA            Maynards Industries USA, LLC

By: *Kevin R. English, Receiver*        By: _____
Its: Federal Court-Appointed Receiver   Its:

6

IN WITNESS WHEREOF, the Parties hereto have duly executed this Agreement as of the date written below.

Sakthi Automotive Group USA                    Maynards Industries USA, LLC

                                               */s/ Taso Sofikitis*

By: _____                     By: Taso Sofikitis
Its:                                           Its: President

Exhibit A
Sakthi Automotive Group USA

| BLDG | Sl.No | Model/Make | Asset serial number | Asset Description | Units |
|---|---|---|---|---|---|
| FS | | NHX 4000/ DMG MORI SEKI | NHX 40130602 | 4 Axis Horizonal Machining Centre CNC | 1 |
| FS | | NHX 4000/ DMG MORI SEKI | NHX 40130603 | 4 Axis Horizonal Machining Centre CNC | 1 |
| FS | | NHX 4000/ DMG MORI SEKI | NHX 40130604 | 4 Axis Horizonal Machining Centre CNC | 1 |
| FS | | WASP/ ELBO CONTROLLI | 420 | Tool Setter | 1 |
| FS | | **Maintenance -** | | | |
| FS | | PSA-6174 | | Transformer | 1 |
| FS | | | 91811159666 | Transformer | 1 |
| FS | | | | Air Compressor | 1 |
| FS | | | | Air Compressor | 1 |
| FS | | 4019955 | 140022239 | Dryer | 1 |
| FS | | Robot Arms | | | 3 |
| FS | | Wenzel CMM | | | 1 |
| FS | | Mitutoyo Crysta CMM | | | 1 |
| WF | 1 | TS-171-2P | 20170218 | SAND BLASTING M/C | 1 |
| WF | 2 | Striko Westofen | | MELTER-1 | 1 |
| WF | 3 | ILINDEN | | CPC- 1 | 1 |
| WF | 4 | ILINDEN | | CPC-2 | 1 |
| WF | 5 | VJT-LSCAB160-SA | 1266120161220 | XRAY-1 | 1 |
| WF | 6 | FANUC 2000 i | | AUTOMATION ROBOT | 1 |
| WF | 7 | VF-4550 | | CHINA SAW M/C | 1 |
| WF | 8 | HX-Y31 | 1774 | TRIM PRESS-1 | 1 |
| WF | 9 | ATM-3000 | 20180201 | MELTER-2 | 1 |
| WF | 10 | | | INGOT LOADER TO MELTER-2 | 1 |
| WF | 11 | ILINDEN | | DEGASSING STATION | 3 |
| WF | 12 | ILINDEN | 595 | CPC-7 | 1 |
| WF | 13 | | | QUENCHING TANK FOR CPC 7 | 1 |
| WF | 14 | HX-Y31 | 1774 | TRIM PRESS-7 | 1 |
| WF | 15 | FANUC 2000 i | 7333-X402 | ROBOT IN CELL 7 | 1 |
| WF | 16 | ASD 6178 | 6178-003 | SAW IN CELL 7 | 1 |
| WF | 17 | FANUC 1000 i | 7330-402 | XRAY ROBOT CELL 5 | 1 |
| WF | 18 | VJT-RIXCA2005-SAK | 1067820180615 | XRAY M/C 5 | 1 |
| WF | 19 | | | TRIM PRESS  8 | 1 |
| WF | 20 | ASD 6321-01 | 6321-001 | SAW M/C CELL 8 | 1 |
| WF | 21 | FANUC 2000 i | T888-YA021 | ROBOT IN CELL 8 | 1 |
| WF | 22 | ILINDEN | 596 | CPC-8 | 1 |
| WF | 23 | ILINDEN | | QUENCHING TANK FOR CPC 8 | 1 |
| WF | 24 | ILINDEN | 615 | CPC-9 | 1 |
| WF | 25 | ILINDEN | | QUENCHING TANK FOR CPC 9 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| WF | 26 | ILINDEN | 621 | CPC-10 | 1 |
| WF | 27 | | | QUENCHING TANK FOR CPC 10 | 1 |
| WF | 28 | HYX-31-16T | 201855 | TRIM PRESS 9 | 1 |
| WF | 29 | FANUC 2000 i | 7333-Y402-1 | ROBOT CELL 9 | 1 |
| WF | 30 | ASD 6320 | 6320-002 | SAW M/C CELL 9 | 1 |
| WF | 31 | FANUC 1000 i | 7360-402 | XRAY ROBOT CELL 6 | 1 |
| WF | 32 | VJT-RIXCA2007 | 1085320190111 | XRAY M/C 6 | 1 |
| WF | 33 | | | TRIM PRESS 10 | 1 |
| WF | 34 | FANUC 2000 i | 7333-Y402 | ROBOT CELL 10 | 1 |
| WF | 35 | ASD 6320 | 6320-002 | SAW M/C CELL 10 | 1 |
| WF | 36 | | | STAND ALONE ASD SAW M/C | 1 |
| WF | 37 | | | MELTER- 3 | 1 |
| WF | 38 | | | INGOT LOADER TO MELTER-3 | 1 |
| WF | 39 | SWITCH BOARD PANEL | 48035 | POWER CONTROL PANEL | 4 |
| WF | 40 | | DL-17 P23 | WATER COOLING CONTROL PUMP, TANK  ETC | 2 |
| WF | 41 | INGERSOL RAND | 86-14405-800 | Air Compressor | 2 |
| WF | 42 | ILINDEN | 003-01 | DEGASSING STATION | 2 |
| WF | 42.1 | ILINDEN | 003-01 | DEGASSING STATION | 2 |
| WF | 43 | | | TRIM PRESS 13 | 1 |
| WF | 44 | FANUC 2000 i | 733-Y402 151219 | ROBOT CELL 13 | 1 |
| WF | 45 | ASD 6091 | 6091-002 | SAW M/C CELL 13 | 1 |
| WF | 46 | ILINDEN 1600 | 574 | CPC-13 | 1 |
| WF | 47 | | | QUENCHING TANK FOR CPC 13 | 1 |
| WF | 48 | ILINDEN | 579 | CPC-14 | 1 |
| WF | 49 | | | QUENCHING TANK FOR CPC 14 | 1 |
| WF | 50 | | | TRIM PRESS- 14 | 1 |
| WF | 51 | FANUC 2000 i | 5717 | ROBOT CELL 14 | 1 |
| WF | 52 | ASD 6091 | 6091-003 | SAW M/C CELL 14 | 1 |
| WF | 53 | VJT-RIXCAB180-SA | 100122017068 | XRAY 2 | 1 |
| WF | 54 | VJT-RIXCAB200-SA | 10012201130 | XRAY 3 | 1 |
| WF | 55 | HX-Y31 160 T | 1718 | TRIM PRESS CELL 15 | 1 |
| WF | 56 | ASD 6073 | 6073-002 | SAW M/C CELL 15 | 1 |
| WF | 57 | FANUC 2000 i | 7333-Y403 150929 | ROBOT CELL 15 | 1 |
| WF | 58 | ILINDEN | 584 | CPC-15 | 1 |
| WF | 59 | ILINDEN | | QUENCHING TANK FOR CPC 15 | 1 |
| WF | 60 | ILINDEN | 581 | CPC-16 | 1 |
| WF | 61 | ILINDEN | | QUENCHING TANK FOR CPC 16 | 1 |
| WF | 62 | | | TRIM PRESS CELL 16 | 1 |
| WF | 63 | FANUC 2000 i | 7333-Y402 151219 | ROBOT CELL 16 | 1 |
| WF | 64 | ASD 6073 | 6073-003 | SAW M/C CELL 16 | 1 |
| WF | 65 | VJT-LSCAB200-SAK | 10469201 | XRAY 4 | 1 |
| WF | 66 | FANUC 1000 i | 7330-402 | XRAY 4 ROBOT | 1 |
| WF | 66 | ILINDEN | 594 | CPC-18 | 1 |
| WF | 67 | ILINDEN | | QUENCHING TANK FOR CPC 18 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| WF | 68 | ILINDEN | 590 | CPC 17 | 1 |
| WF | 69 | ILINDEN | | QUENCHING TANK FOR CPC 17 | 1 |
| WF | 70 | HX-Y31 160 T | 1719 | TRIM PRESS 17 | 1 |
| WF | 71 | FANUC 2000 i | | ROBOT CELL 17 | 1 |
| WF | 72 | ASD 6179 | 6179-002 | SAW M/C 17 | 1 |
| WF | 73 | HX-Y31 160 T | 1772 | TRIM PRESS CELL 18 | 1 |
| WF | 74 | FANUC 2000 i | 51723 | ROBOT CELL 18 | 1 |
| WF | 75 | ASD 6179 | 6179-002 | SAWC M/C CELL 18 | 1 |
| WF | 76 | CY-2000-Q | 1802019 | HEAT TREATMENT B | 1 |
| WF | 77 | CY-2000-Q | 160107 | HEAT TREATMENT A | 1 |
| WF | 78 | ILINDEN | 6 | MOLD CHANGE CART | 2 |
| WF | 79 | ILINDEN | | CROSS SHUTTLE | 1 |
| WF | 80 | CRUCIBLE FURNACE | | FURNACE IN USE | 16 |
| WF | 81 | CRUCIBLE FURNACE | | FURNACE NOT IN USE | 9 |
| WF | 1 | ZLY140 | ZY7331 | SPEED REDUCER IN MOLD SHOP | 1 |
| WF | 2 | SIEMENS | 9110176511 | SIEMENS CONTROLS FOR EXHAUST FANS | 6 |
| WF | 3 | KOHLER POWER SYSTEM | | POWER SYSTEM TRANSFER SWITCH | 1 |
| WF | 4 | NLL 2016-1685 | 181285 | DIE HEATING FURNACE | 1 |
| WF | 5 | MILLER | MK020596 | TIG WELDING M/C | 3 |
| WF | 6 | GORBEL | | CRANE FOR MOLD | 1 |
| WF | 7 | RUPP AIR SYSTEMS | | COOLING TOWER | 6 |
| WF | 8 | ASD | | LASER MARKING BODY | 1 |
| WF | 9 | FY-6E | 20180203 | FILLER TUBE FURNACE | 1 |
| WF | 10 | 53UH17 | DAYTON | SPECTRO LATHE 1 | 1 |
| WF | 11 | 38UK44 | DAYTON | SPECTRO LATHE | 1 |
| WF | 12 | ILINDEN | | SHUTTLE FOR LINE 2 | 1 |
| WF | 13 | ASD | | TELESIS MARKING BODY CELL 7 | 1 |
| WF | 14 | POWER PACK CONVEYOR | 22856A | SCRAP CONVEYOR CELL 7 | 1 |
| WF | 15 | ASD 6178 | 6178-001 | PLC PANEL FOR CELL 7 | 1 |
| WF | 16 | POWER PACK CONVEYOR | 22855-D | OUTPUT CONVEYOR CELL 7 | 1 |
| WF | 17 | POWER PACK CONVEYOR | 22855-C | XRAY 5 CONVEYOR | 1 |
| WF | 18 | RM-08-42 | 1720894 | HYDRAULIC TANK FOR CELL 7 | 1 |
| WF | 19 | RM-08-42 | RAC323538 | HYDRAULIC TANK FOR CELL 8 | 1 |
| WF | 20 | ASD | | TELESIS MARKING BODY CELL 8 | 1 |
| WF | 21 | Q11090 | BCB00096 | TELESIS MACHINE CPC 7 | 1 |
| WF | 22 | GF440 | ZM18480A | TELESIS MACHINE CPC 8 | 1 |
| WF | 23 | Q11090 | BCB00096 | TELESIS MACHINE CPC 9 | 1 |
| WF | 24 | ASD | | TELESIS SETUP CELL 9 | 1 |
| WF | 25 | POWER PACK CONVEYOR | 23221-3C | OUTPUT CONVEYOR CELL 9 | 1 |
| WF | 26 | POWER PACK CONVEYOR | 23221-3B | OUTPUT CONVEYOR XRAY 6 | 1 |
| WF | 27 | POWER PACK CONVEYOR | 23221-1B | SCRAP CONVEYOR CELL 10 | 1 |
| WF | 28 | POWER PACK CONVEYOR | 23221-3A | OUTPUT CONVEYOR CELL 10 | 1 |
| WF | 29 | | | TELESIS SETUP CELL 10 | 1 |
| WF | 30 | RM-08-42 | RAC139153 | HYDRAULIC TANK STAND ALONE ASD SAW | 1 |

| | | | | | |
|---|---|---|---|---|---|
| WF | 31 | POWER PACK CONVEYOR | 22556-1 | STAND ALONE SAW CONVEYOR | 1 |
| WF | 32 | RM-08-42 | RAC348054 | HYDRAULIC TANK CELL 10 | 1 |
| WF | 33 | RM-08-42 | RAC347771 | HYDRAULIC TANK CELL 9 | 1 |
| WF | 34 | | SH004681 | WATER COOLING CONTROL PANEL | 3 |
| WF | 35 | RM-08-42 | 1739694 | HYDRAULIC TANK CELL 13 | 1 |
| WF | 36 | POWER PACK CONVEYOR | 22580 | SCRAP CONVEYOR CELL 13 | 1 |
| WF | 37 | POWER PACK CONVEYOR | 22671 | OUTPUT CONVEYOR CELL 13 | 1 |
| WF | 38 | | | LASER MARKER WITH BODY | 2 |
| WF | 39 | GF440 | ZM19235A4 | TELESIS MACHINE CPC 13 | 1 |
| WF | 40 | POWER PACK CONVEYOR | 22680 | SCRAP CONVEYOR CELL 10 | 1 |
| WF | 41 | RM-08-42 | 1722595 | HYDRAULIC TANK CELL 14 | 1 |
| WF | 42 | POWER PACK CONVEYOR | 22712 | OUTPUT CONVEYOR CELL 14 | 1 |
| WF | 43 | POWER PACK CONVEYOR | 22671-1 | XRAY 2 CONVEYOR | 1 |
| WF | 44 | RM-08-42 | 1720896 | HYDRAULIC TANK CELL 15 | 1 |
| WF | 45 | POWER PACK CONVEYOR | 22556-2 | SCRAP CONVEYOR CELL 15 | 1 |
| WF | 46 | POWER PACK CONVEYOR | 225273 | OUTPUT CONVEYOR CELL 15 | 1 |
| WF | 47 | GF440 | ZM18633A-5 | TELESIS MACHINE CPC 15 | 1 |
| WF | 48 | Q11090 | BCB00096 | TELESIS MACHINE CPC 16 | 1 |
| WF | 49 | POWER PACK CONVEYOR | 22577 | SCRAP CONVEYOR CELL 16 | 1 |
| WF | 50 | RM-08-42 | RAC425051 | HYDRAULIC TANK CELL 16 | 1 |
| WF | 51 | ASD 6073 | 6073-001 | PLC PANEL FOR CELL 15 | 1 |
| WF | 52 | POWER PACK CONVEYOR | 22527A | OUTPUT CONVEYOR CELL 16 | 1 |
| WF | 53 | POWER PACK CONVEYOR | 22819 | XRAY 3 CONVEYOR | 1 |
| WF | 54 | POWER PACK CONVEYOR | 22855 | XRAY 4 CONVEYOR | 1 |
| WF | 55 | POWER PACK CONVEYOR | 22855-F | OUTPUT CONVEYOR CELL 18 | 1 |
| WF | 56 | ASD 6179-01 | 6179-001 | PLC PANEL CELL 17 | 1 |
| WF | 57 | Q11090 | BCB00096 | TELESIS MACHINE CPC 18 | 1 |
| WF | 58 | POWER PACK CONVEYOR | 228560 | SCRAP CONVEYOR CELL 17 | 1 |
| WF | 59 | POWER PACK CONVEYOR | 22865-A | OUTPUT CONVEYOR CELL 17 | 1 |
| WF | 60 | | | TELESIS M/C SETUP CELL 17 | 1 |
| WF | 61 | | | TELESIS M/C SETUP CELL 18 | 1 |
| WF | 62 | POWER PACK CONVEYOR | 228560 | SCRAP CONVEYOR CELL 18 | 1 |
| WF | 63 | RM-08-42 | RAC138908 | HYDRAULIC TANK CELL 18 | 1 |
| WF | 1 | PR-36 | PR20164 | MOUNTING PRESS SPECTRO | 1 |
| WF | 2 | SPECTRO MAX | 18005193 | SPECTRO M/C | 1 |
| WF | 3 | SPECTRO MAX | 16003031 | SPECTRO M/C | 1 |
| WF | 4 | ZEBRA | ZT510 | FLOWTAG PRINTER | 1 |
| WF | 5 | SYMBOL | MC32NO | FLOWTAG SCANNER | 1 |
| WF | 6 | GXUIF | 5K42597 | MICROSCOPE | 1 |
| WF | 7 | S261 | 6D00964 | MICROSCOPE | 1 |
| WF | 8 | BX53M | 6M51478 | MICROSCOPE | 1 |
| WF | 9 | BBCCO | | MANUAL ELONGATION | 1 |
| WF | 10 | INSTRON | 145681 | TENSILE TESTING | 1 |
| WF | 11 | AXIAL EXT | 3542-0100-050-ST | EXTENSOMETER | 1 |

| | | | | | |
|---|---|---|---|---|---|
| WF | 12 | SUN TECH | KING SLAN | HARDNESS CAMERA | 1 |
| WF | 13 | SUN TECH | LLB3100 | BRINELL HARDNESS | 1 |
| WF | 14 | LUZI HONG | LK6136 | CNC TESTER LATHE | 1 |
| WF | 15 | MARVEL | SERIES 8 MARK 2 | BAND SAW 1 | 1 |
| WF | 16 | HEINEDA | V-500/600 | BAND SAW 2 | 1 |
| WF | 17 | ELECTRO STATIC | PG-010 | FLPI SPRAYER | 1 |
| WF | 18 | EPSILON | SNE99007 | EXTENSOMETER | 1 |
| WF | 1 | VW326 | | TRIM DIE | 2 |
| WF | | VW JETTA | | TRIM DIE | 1 |
| WF | | T1XX | | TRIM DIE | 5 |
| WF | | D2UC | | TRIM DIE | 4 |
| WF | | VW BSUV | | TRIM DIE | 1 |
| WF | | 31XX | | TRIM DIE | 1 |
| WF | 2 | CHINA SAW | | SAW FIXTURES | 4 |
| WF | 3 | ASD SAW | | | 1 |
| WF | | VW326 | | SAW FIXTURES | 2 |
| WF | | D2UC | | SAW FIXTURES | 4 |
| WF | | T1XX | | SAW FIXTURES | 5 |
| WF | | 31XX | | SAW FIXTURES | 1 |
| WF | 4 | INPUT STATION | | PART LOADING FIXTURES | 1 |
| WF | | VW326 | | LOADING FIXTURES | 8 |
| WF | | D2UC | | LOADING FIXTURES | 12 |
| WF | | Totota | | Fork Lift | 1 |
| WF | | | | Welding Stations | 2 |
| WF | | Intersource Chip System | | Chip Reclamation System | 1 |
| WF | | | | Fork Lifts | 2 |
| WF | | Broderson | | Carry Deck Crane | 1 |
| WF | | | | Fork Lift | 2 |
| WF | | GS3341 | | Genie Scissor Lift | 1 |
| WF | | | | Genie Man Lift | 1 |
| WF | | Unicom | | Fork Lifts | 2 |
| WF | | | | Misc Lab | 1 |
| WF | | | | Floor Scrubber | 1 |
| WF | | T1XX | | LOADING FIXTURES | 16 |
| WF | | Zeiss | | 3D Scanner | 1 |
| WF | | Global Performance Hexagon CMM | | Coordinate Measuring Machine | 2 |
| WF | | Mitutoyo Microcord ApexS 9106 CMM | | Coordinate Measuring Machine | 2 |
| WF | | | | Toolroom | 1 |
| WMS | 1 | DNM 650/ Doosan | MV0011-000986 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 2 | DNM 650/ Doosan | MV0011-001079 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 3 | DNM 650/ Doosan | MV0011-001011 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 4 | DNM 650/ Doosan | MV0011-001007 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 5 | DNM 650/ Doosan | MV0011-001080 | 3 Axis Vertical Machining Centre | 1 |

| | | | | | |
|---|---|---|---|---|---|
| WMS | 6 | TW 500H/ VIGEL Manufacturing Technologies | 25290 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 7 | TW 660H/VIGEL Manufacturing Technologies | 25658 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 8 | TW 660H/VIGEL Manufacturing Technologies | 25659 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 9 | TW 660H/VIGEL Manufacturing Technologies | 25660 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 10 | TW 660H/VIGEL Manufacturing Technologies | 25661 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 11 | TW 660H/VIGEL Manufacturing Technologies | 25475 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 12 | TW 660H/VIGEL Manufacturing Technologies | 25476 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 13 | TW 660H/VIGEL Manufacturing Technologies | 25251 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 14 | TW 660H/VIGEL Manufacturing Technologies | 25430 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 15 | TW 500H/ VIGEL Manufacturing Technologies | 25220 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 16 | TW 500H/ VIGEL Manufacturing Technologies | 25292 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 17 | TW 500H/ VIGEL Manufacturing Technologies | 25291 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 18 | TW 500H/ VIGEL Manufacturing Technologies | 25235 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 19 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25122 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 20 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25141 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 21 | R 2000 iC 125L/ FANUC | R1703566/F167677 (CE 588812-0004) (No 21) | Pick up/ Drop Robot | 1 |
| WMS | 22 | R 1000 iA 80 R/ FANUC | R15901118/F167957 (CE588812-0001) (No 22) | Assembly Robot | 1 |
| WMS | 23 | DPS-1025R-20FB/ FEC | 1655835 | Assmebly press | 1 |
| WMS | 24 | H&CS Custom Design Solutions | 3875B | Raw Castings Conveyor | 1 |
| WMS | 25 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25142 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 26 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25143 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 27 | R 2000 iC 125L/ FANUC | R15801355/F170454 (CE 588812-0005) (No 27) | Pick up/ Drop Robot | 1 |
| WMS | 28 | R 1000 iA 80 R/ FANUC | R15801047/F169953 (CE 588812-002) (No 28) | Assembly Robot | 1 |
| WMS | 29 | DPS-102R5-20FB/ FEC | 1635727 | Assmebly press | 1 |
| WMS | 30 | H&CS Custom Design Solutions | 3875C | Raw Castings Conveyor | 1 |
| WMS | 31 | H&CS Custom Design Solutions | 3875A | Finished Goods Conveyor | 1 |

| | | | | |
|---|---|---|---|---|
| WMS | 32 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25289 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 33 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25178 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 34 | R 1000 iC 165 F/ FANUC | R15903430 (CE 588812-0003) (No 35) | Pick up/ Drop Robot | 1 |
| WMS | 35 | R 1000 iA 80 R/ FANUC | R15901125 | Assembly Robot | 1 |
| WMS | 36 | DPS-102R5-20FB/ FEC | 1615634 | Assmebly press | 1 |
| WMS | 37 | DPS-102R5-20FB/ FEC | 1655836 | OFFLINE PRESS | 1 |
| WMS | 38 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25237 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 39 | TW 500H/ VIGEL Manufacturing Technologies | SAK 25071 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 40 | R 2000 iC 165 F/ FANUC | R16904254 | Pick up/ Drop Robot | 1 |
| WMS | 41 | H&CS Custom Design Solutions | | Raw Castings Conveyor | 1 |
| WMS | 42 | TW 500H/ VIGEL Manufacturing Technologies | 25295 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 43 | TW 500H/ VIGEL Manufacturing Technologies | 25238 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 44 | H&CS Custom Design Solutions | | Raw Castings Conveyor | 1 |
| WMS | 45 | H&CS Custom Design Solutions | | Finished Good Conveyor | 1 |
| WMS | 46 | R 2000 iC 165 F/ FANUC | R16904258 | Pick up/ Drop Robot | 1 |
| WMS | 47 | R 1000 iA 80 R/ FANUC | R16303057 (CE 589027 - 0001) (No 47) | Assembly Robot | 1 |
| WMS | 48 | DPS-801R4H-20FB/ FEC | 1655841 | Assembly Press | 1 |
| WMS | 49 | R 1000 iA 80 R/ FANUC | R16101119 (CE 589027 - 002) (No 49) | Assembly Robot | 1 |
| WMS | 50 | DPS-801R4H-20FB/ FEC | 1686130 | Assembly Press | 1 |
| WMS | 51 | R 1000 iA 80 R/ FANUC | R16303056 (CE 589027 - 003) (No 51) | Assembly Robot | 1 |
| WMS | 52 | DPS-801R4H-20FB/ FEC | 1645827 | Assembly Press | 1 |
| WMS | 53 | TW 500H/ VIGEL Manufacturing Technologies | 25333 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 54 | TW 500H/ VIGEL Manufacturing Technologies | 25335 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 55 | FANUC | R16904257 | Pick up/ Drop Robot | 1 |
| WMS | 56 | H&CS Custom Design Solutions | | Raw Castings Conveyor | 1 |
| WMS | 57 | TW 500H/ VIGEL Manufacturing Technologies | 25332 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 58 | TW 500H/ VIGEL Manufacturing Technologies | 25334 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 59 | H&CS Custom Design Solutions | | Raw Castings Conveyor | 1 |
| WMS | 60 | H&CS Custom Design Solutions | | Finished Good Conveyor | 1 |
| WMS | 61 | R 2000 iC 165 F/ FANUC | R16904255 | Pick up/ Drop Robot | 1 |
| WMS | 62 | R 1000 iA 80 R/ FANUC | R16303058 (CE 589027 - 004) (No 62) | Assembly Robot | 1 |
| WMS | 63 | DPS-801R4H-20FB/ FEC | 1665909 | Assembly Press | 1 |
| WMS | 64 | R 1000 iA 80 R/ FANUC | R16101120 (CE 589027 - 005) (No 64) | Assembly Robot | 1 |
| WMS | 65 | DPS-801R4H-20FB/ FEC | 1645815 | Assembly Press | 1 |

| | | | | |
|---|---|---|---|---|
| WMS | 66 | R 1000 iA 80 R/ FANUC | R16601323 (CE 589027 - 006) (No 66) | Assembly Robot | 1 |
| WMS | 67 | DPS-801R4H-20FB/ FEC | 1686131 | Assembly Press | 1 |
| WMS | 68 | HP 5100 II/ DOOSAN | MH0005-000679 | 4 Axis Horizontal Machining Centre | 1 |
| WMS | 69 | HP 5100 II/ DOOSAN | MH0005-000680 | 4 Axis Horizontal Machining Centre | 1 |
| WMS | 70 | TW 400H/ VIGEL Manufacturing Technologies | SAK 25165 | Twin Spindle 5 Axis Horizontal Machining Centre | 1 |
| WMS | 71 | MYNX 6500/50 / DOOSAN | MV0049-002008 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 72 | MYNX 6500/50 / DOOSAN | MV0049-001218 | 3 Axis Vertical Machining Centre | 1 |
| WMS | 73 | NHX 5000/ DMG MORI SEIKI | NHK 50140710 | 4 Axis Horizonal Machining Centre CNC | 1 |
| WMS | 74 | NHX 5000/ DMG MORI SEIKI | NHK 50130402 | 4 Axis Horizontal Machining Centre CNC | 1 |
| WMS | 75 | NHX 5000/ DMG MORI SEIKI | NHK 50131201 | 4 Axis Horizontal Machining Centre CNC | 1 |
| WMS | 76 | HP 5100 II/ DOOSAN | MH0005-000681 | 4 Axis Horizonal Machining Centre CNC | 1 |
| WMS | 77 | REDOMATIX 600/ ZOLLER | R660C3-00453 | | 1 |
| WMS | 78 | PREG04C1-00085 | NACH IEC EN61010-1 | TOOL SETTER | 1 |
| WMS | 79 | R1101-A125/ INGERSOLL RAND | V2774U16026 | Air Compressor | 1 |
| WMS | 80 | R110N-A/ INGERSOLL RAND | VN2307U17213 | Air Compressor | 1 |
| WMS | 81 | D1360INA400/ INGERSOLL RAND | WCH1022185 | DRYER | 1 |
| WMS | 82 | D1360INA400/ INGERSOLL RAND | WCH1008412 | DRYER | 1 |
| WMS | 83 | R 2000 iC 125L/ FANUC | R16301426/F167605 (CE 589027 - 0012) (No 83) | Pick up/ Drop Robot | 1 |
| WMS | 84 | R 1000 iA/ FANUC | R16601321/F169896 | Assembly Robot | 1 |
| WMS | | PMH-12 | 920438 | Fuse Switch | 1 |
| WMS | | 1246HK | 190111-15 (1500 KVA) | Transformer | 1 |
| WMS | | | 1000 KVA | Transformer | 1 |
| WMS | | | 2500 KVA | Transformer | 1 |
| WMS | | 87191 | 1500kW | Generator | 1 |
| WMS | | R160NE | VNN1653U17338 | Air Compressor | 1 |
| WMS | | R160NE | VNN1507U16204 | Air Compressor | 1 |
| WMS | | R110N | VN2307U17213 | Air Compressor | 1 |
| WMS | | R110i | VN2774U16026 | Air Compressor | 1 |
| WMS | | D1360INA400 | WCH1022185 | Dryer | 1 |
| WMS | | D1360INA401 | WCH1008412 | Dryer | 1 |
| WMS | | HB10004HN00 | WCH1011688 | Dryer | 1 |
| WMS | | HB10004HN00 | WCH1024898 | Dryer | 1 |
| WMS | | Cooling Tower | | Cooling Tower -2 | 2 |
| AM | | GX1300/ HARDINGE | GXDB2B0003 | 3 Axis Vertical Machining Centre | 1 |
| AM | | GX1300/ HARDINGE | GXDB1L0047 | 3 Axis Vertical Machining Centre | 1 |
| AM | | GX1300/ HARDINGE | GXDB1K0044 | 3 Axis Vertical Machining Centre | 1 |
| AM | | GX1300/ HARDINGE | GXDB2B0002 | 3 Axis Vertical Machining Centre | 1 |
| AM | | HP 5100/ DOOSAN | MH0005-000395 | 4 Axis Horizontal Machining Centre | 1 |
| AM | | HP 5100/ DOOSAN | MH0005-000382 | 4 Axis Horizontal Machining Centre | 1 |
| AM | | HP 5100 II/ DOOSAN | MH0005-000552 | 4 Axis Horizontal Machining Centre | 1 |
| AM | | HP 5100 II/ DOOSAN | MH0005-000550 | 4 Axis Horizontal Machining Centre | 1 |
| AM | | HP 5100 II/ DOOSAN | MH0005-000551 | 4 Axis Horizontal Machining Centre | 1 |
| AM | | HP 5100 II/ DOOSAN | MH0005-000598 | 4 Axis Horizontal Machining Centre | 1 |

| AM | R 1000 iA 80 R/ FANUC | | Assembly Robot | 1 |
|---|---|---|---|---|
| AM | R 1000 iA 80 R/ FANUC | R14201174 | Assembly Robot | 1 |
| AM | H&CS Custom Design Solutions | 579790 | Raw Castings/ Finished Good Conveyor | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000578 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000606 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000603 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000593 | 4 Axis Horizontal Machining Centre | 1 |
| AM | R 1000 iA 80 R/ FANUC | R15403257 | Assembly Robot | 1 |
| AM | R 1000 iA 80 R/ FANUC | R15901131 | Assembly Robot | 1 |
| AM | H&CS Custom Design Solutions | 3780 | Raw Castings/ Finished Good Conveyor | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000594 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000605 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000607 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000604 | 4 Axis Horizontal Machining Centre | 1 |
| AM | R 1000 iA 80 R/ FANUC | - | Assembly Robot | 1 |
| AM | R 1000 iA 80 R/ FANUC | R15801060 | Assembly Robot | 1 |
| AM | H&CS Custom Design Solutions | | Raw Castings/ Finished Good Conveyor | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000602 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000609 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000610 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000596 | 4 Axis Horizontal Machining Centre | 1 |
| AM | R 1000 iA 80 R/ FANUC | R15901130 | Assembly Robot | 1 |
| AM | R 1000 iA 80 R/ FANUC | R15901134 | Assembly Robot | 1 |
| AM | H&CS Custom Design Solutions | 3826 | Raw Castings/ Finished Good Conveyor | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000597 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000608 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000611 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000612 | 4 Axis Horizontal Machining Centre | 1 |
| AM | R 1000 iA 80 R/ FANUC | F170430 | Assembly Robot | 1 |
| AM | R 1000 iA 80 R/ FANUC | F170431 | Assembly Robot | 1 |
| AM | H&CS Custom Design Solutions | 3824 | Raw Castings/ Finished Good Conveyor | 1 |
| AM | DPS-801R4H-20FB | 1655839/1686131 | Assembly Press | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000629 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000669 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000628 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000682 | 4 Axis Horizontal Machining Centre | 1 |
| AM | HP 5100 II/ DOOSAN | MH0005-000678 | 4 Axis Horizontal Machining Centre | 1 |
| AM | 120/330/175 / PROMESS | 6095828-00(13284) | Assembly Press | 1 |
| AM | XTM 103C-3T/ STM | HTM201412043 | Assembly Press | 1 |
| AM | STM PRESS 2 | | Assembly Press | 1 |
| AM | VENTURION 450/6 / ZOLLER | V4R6C3-000234 | Zoller Machine | 1 |
| AM | CA6200F+/ Intersource recovery systems | 5144505 | INTERSOURCE | 1 |
| AM | 35488.D00/ Intersource recovery systems | 5144512 | INTERSOURCE PANEL | 1 |
| AM | GARDNER DENVER | | Air Compressor | 2 |

| | | | | |
|---|---|---|---|---|
| AM | **Maintenance -** | | | |
| AM | | | Air Compressor | 1 |
| AM | | | Air Compressor | 1 |
| AM | 163-131 | 200EBM037 | Air Compressor | 1 |
| AM | 4019955 | 150023931 | Dryer | 1 |
| AM | NC500A7C2N1 | 1000003017622 | Dryer | 1 |
| AM | 87063 | 900KW | Generator | 1 |
| AM | 1895EJ | 150406-17 | Transformer | 1 |
| AM | PS-A6325 | | Transformer | 1 |
| AM | CP401 | | Arca Press Machine | 1 |
| AM | Mitutoyo Microcord ApexS 9106 CMM | | Coordinate Measuring Machine | 1 |
| AM | | | Fork Lift | 1 |
| AM | Caterpillar | | Fork Lift | 1 |
| AM | | | Small Lab | 1 |
| AM | | | Tool Setter Room | 1 |
| AM | | | Fatigue Testing Rigs | 4 |
| AM | | | Chip Reclamation System | 1 |
| WH | | | Fork Lifts | 5 |
| ALL | All assets found within Sakthi Buildings, wall to wall, floor to ceiling, including machinery and equipment, shop and factory, maintenance, tooling andf fixtures. Material handling and Offices. | | | |
| | | Location Key | | |
| FS | Fort Street | | | |
| WMS | Waterman Machine Shop | | | |
| WF | Waterman Foundry | | | |
| AM | Amway | | | |
| WH | Warehouse | | | |
| ALL | All Locations | | | |